ACCEPTED
02-15-00215-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/16/2015 4:41:16 PM
DEBRA SPISAK
CLERK

**Cause No. 02-15-00215-CV**

Court of Appeals
Second District Court
Fort Worth Division

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/16/2015 4:41:16 PM

DEBRA SPISAK
Clerk

## Texas Workforce Commission v. Wichita County, Texas

Appeal in Cause Number 176,514-A from the 30th Judicial District Court of Wichita County, Texas, Honorable Robert Brotherton, Presiding

## Appellee's *Amended* First Motion for Extension (Unopposed)

To the Honorable Justices of This Court:

Appellee, Wichita County files this Amended First Motion for Extension[1] and moves the Court for a 30-day extension of time to file its brief.

### I.

Under the Texas Rules of Appellate Procedure, the deadline to file an appellee's brief is 30 days after the date the appellant's brief was filed.[2]

---

[1] The motion previously filed on this date included a typographical error in the prayer requesting a 15 day extension rather than a 30 day extension. This amendment is filed only to correct that typographical error.

[2] Tex. R. App. P. 38.6(b).

1

Appellant's original due date was September 17, 2015. After two unopposed extensions were granted, Appellant's brief was filed on November 18, 2015. Wichita County's brief is now due December 18, 2015.

Wichita County requests a 30-day extension of time in which to file its brief.

II.

Good cause exists for allowing Wichita County additional time to file its brief for the following reasons:

1. The undersigned attorney is the Civil Chief in the Wichita County Criminal District Attorney's Office. Undersigned is responsible for finalizing and approving this brief. In addition, undersigned is the sole attorney in the District Attorney's Office responsible for all contract negotiations on behalf of Wichita County. In November and December, undersigned has been involved in extensive negotiations on three multi-million dollar contracts[3] and has been unable to

---

[3] Wichita County is negotiating contracts with a new medical provider for the Wichita County Jail, a new phone system for all Wichita County offices and buildings, and a new Courts and Justice case management software system. In total, those contracts require the expenditure in excess of $25 million over the next five years and are the largest contracts negotiated by the County to date.

devote sufficient time needed to fully and completely address the important issue presented in this appeal.

2. The issue presented by the appeal appears to be one of first impression for this Court. The County desires to ensure that it has fully exhausted its research and briefing on the issues and provide all the time and expertise needed for this important matter. An additional 30 days would permit undersigned the opportunity to devote that needed time.

3. The Texas Workforce Commission is not opposed to this extension.

## IV.

This is Wichita County's first motion for extension in this appeal and it is not brought for purposes of delay or harassment, but to see that justice is done. Wichita County prays that it have an additional 30 days in which to file its brief.

Respectfully Submitted,

**Maureen Shelton**
Criminal District Attorney
Wichita County

/s/ Meredith L. Kennedy
_____
**Meredith L. Kennedy**
Assistant Criminal District Attorney
900 7th Street
Wichita Falls, Texas 76301
(940) 766-8113 phone
(940) 716-8530 fax
State Bar No. 00796872
mkennedy@co.wichita.tx.us
Attorney for State of Texas

## Certificate of Conference

I certify that a conference was had with Peter Laurie, attorney for Appellant, and that he is unopposed to this motion.

/s/ Meredith L. Kennedy
_____
**Meredith L. Kennedy**

4

## Certificate of Service

I certify that on December 16, 2015, a true and correct copy of the above document has been forwarded to Peter Laurie, attorney for Appellant, via electronic service to peter.laurie@texasattorneygeneral.gov.

/s/ Meredith L. Kennedy

**Meredith L. Kennedy**